# UNITED STATES DISTRICT COURT
для for the

Eastern District of North Carolina

| | |
|---|---|
| United States of America <br> v. <br> TERRICIOUS BURNELL BROOKS | Case No: 2:10-CR-21-1FL <br> USM No: 54557-056 |
| Date of Original Judgment: July 11, 2011 <br> Date of Previous Amended Judgment: <br> *(Use Date of Last Amended Judgment if Any)* | Laura Wasco <br> *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 252 months **is reduced to** 227 months.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated July 11, 2011 shall remain in effect. **IT IS SO ORDERED.**

Order Date: April 8, 2016

*Judge's signature* — /s/ Louise W. Flanagan

Effective Date: November 1, 2015
*(if different from order date)*

Louise W. Flanagan, U.S. District Judge
*Printed name and title*