UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:10-CR-21-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| TERRICIOUS BURNELL BROOKS | |

On motion of the Defendant, Terricious Burnell Brooks, and for good cause shown, it is hereby ORDERED that DE 164 be sealed until further notice by this Court.

IT IS SO ORDERED.

This 10th day of September, 2019.

_____
LOUISE WOOD FLANAGAN
United States District Judge